JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS TABI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY STEPHENSON, *et al.*,<br><br>　　　　　　　Defendants. | Case No. CV 21-9929-DMG (JC)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, summary judgment is granted in favor of Defendant Los Angeles County Sheriff's Deputy Michael Stephenson and against Plaintiff and that this action is dismissed without prejudice as against the "Several Unnamed Security Officers at the Walmart Supercenter" Defendants.

**IT IS SO ORDERED.**

DATED: March 6, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE